**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| MARC LAW, *et al.*,<br><br>                        Plaintiffs,<br><br> v.<br><br> CITY OF NEW YORK,<br><br>                        Defendant. | Case No. 1:26-cv-04872 |

**NOTICE OF FILING CONSENT TO JOIN FORMS**

Plaintiffs, by and through counsel, hereby file Consent to Join forms on behalf of the

following individuals:

1.  EDUARDO ROLDAN
2.  DAMON ROLLINS
3.  ERIK RONAYNE
4.  WILLIAM ROSADO
5.  WAYNE ROSE
6.  JEFFREY ROSENBERG
7.  GREGORY ROUNTREE
8.  CHRISTOPHER ROY
9.  FRANK RUBANO
10. PHILIP RUELLO
11. ANGEL RUIZ
12. ANGEL RUIZ
13. ROBERT RYAN
14. MICHAEL SAADA
15. BALDO SACCHERI
16. JONATHAN SALAZAR
17. CHRISTOPHER SALCEDO
18. FRANCESCO SALVATI
19. PHILIP SALVATI
20. ROGER SAMLAL
21. DAVID SANCHEZ
22. JOHN SANCHEZ
23. ANDREW SANKHI

24. ALEX SANTOS
25. ROBERTO SANTOS


The Consent to Join forms for the above-named opt-in Plaintiffs are attached hereto as Exhibit A.

Dated: June 12, 2026                    Respectfully submitted,

*/s/ Hope Pordy*
Hope Pordy
Elizabeth Sprotzer
SPIVAK LIPTON LLP
1040 Avenue of the Americas, 20th Flr
New York, NY 10018
Phone: (212) 765 2100
hpordy@spivaklipton.com
esprotzer@spivaklipton.com

*/s/ Sarah M. Block*
Sarah M. Block
Molly Elkin (*Pro Hac Vice Forthcoming*)
Patrick Miller-Bartley (*Pro Hac Vice Forthcoming*)
McGILLIVARY STEELE ELKIN LLP
1101 Vermont Ave., N.W.
Suite 1000
Washington, DC 20005
Phone: (202) 833-8855
smb@mselaborlaw.com
mae@mselaborlaw.com
pmb@mselaborlaw.com


*Counsel for Plaintiffs*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on June 12, 2026, a copy of the foregoing document and attachment were served on all counsel of record via the Court's CM/ECF system.

*/s/ Hope Pordy*
Hope Pordy

3