# EXHIBIT A

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SANITATION**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME  Roldan                                    Eduardo                              Jose
              Last Name                                   First                                  Middle

SIGNATURE  ___ [signature: Signed by: 7B1DE2E53CC046D...] ___  _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SUPERVISOR (SANITATION) OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME  Rollins                                    Damon                                           A
                 Last Name                              First                                           Middle

SIGNATURE  _Signed by:_ _P Rell_                 _____
                    2660B0E86CA344B...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SANITATION**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME  Ronayne                    Erik                         steel
           Last Name                First                      Middle

SIGNATURE  _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SUPERVISOR (SANITATION) OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME  __Rosado_____William_____D_____
                    Last Name                                          First                                          Middle

SIGNATURE  __William Rosado___  _____
                    Signed by:
                    5E0242D09B82409...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SUPERVISOR (SANITATION) OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME    ROSE II            WAYNE            GRANT

           Last Name            First            Middle

SIGNATURE    Signed by:    61769151A4A142C...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SUPERVISOR (SANITATION) OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME   Rosenberg                              Jeffrey                              Ita
|                Last Name                |                First                |                Middle                |

SIGNATURE _____   _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SUPERVISOR (SANITATION) OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME  Rountree                         Gregory                         Jermaine
             Last Name                            First                            Middle

SIGNATURE  _____  _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SUPERVISOR (SANITATION) OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME ___Roy_____Christopher_____William_____

                Last Name                      First                  Middle

SIGNATURE ___ DocuSigned by: C. ROY / 16F8161246AC490... _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SUPERVISOR (SANITATION) OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME ___Rubano_____Frank_____A_____
                Last Name                              First                                    Middle

SIGNATURE ___[signature: Frank Rubano]___     _____
                    Signed by:
                    BFE2F1D65D164F5...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SUPERVISOR (SANITATION) OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME    Ruello            Philip            James

              Last Name            First            Middle

SIGNATURE     Signed by:

DC59FAEFD0CA44F...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SUPERVISOR (SANITATION) OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME    Ruiz                 Angel                L
             Last Name             First             Middle

SIGNATURE    Signed by:
            4184BCB99270410...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SUPERVISOR (SANITATION) OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME ___Ruiz_____Angel_____M_____
                    Last Name                               First                               Middle


SIGNATURE ___[Signed by: _A8254A333026432...]_____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SUPERVISOR (SANITATION) OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME ___Ryan_____Robert_____Joseph_____
            Last Name                          First                              Middle

SIGNATURE __[Signed by: 60A83FAEB0C54D9...]__    _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SUPERVISOR (SANITATION) OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME   Saada                                    Michael                              Anthony
　　　　　Last Name                              First                                Middle

SIGNATURE  _____  _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SUPERVISOR (SANITATION) OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME ___Saccheri_____Baldo_____-_____

Last Name                      First                   Middle

SIGNATURE ___[Signed by: Baldo Saccheri, 918CD8292490457...]_____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SUPERVISOR (SANITATION) OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME   Salazar                                    Jonathan                               James
                   Last Name                             First                                   Middle


SIGNATURE   _____   _____
                        DocuSigned by:
                        B57252F3C570465...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SUPERVISOR (SANITATION) OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME   Salcedo                          Christopher                          A

               Last Name                          First                          Middle

SIGNATURE   _____   _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SUPERVISOR (SANITATION) OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME   Salvati                              Francesco                          M
                    Last Name                           First                              Middle


SIGNATURE
Signed by:
F6DB84192284428...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SUPERVISOR (SANITATION) OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME   Salvati                              Philip                              Anthony
_____   _____   _____
Last Name                              First                              Middle


SIGNATURE   _____   _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SUPERVISOR (SANITATION) OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME   Samlal                              Roger                              None
            Last Name                          First                              Middle

SIGNATURE ___[DocuSigned by signature]_____
              2117000C3E314A1...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SUPERVISOR (SANITATION) OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME    Sanchez              David              A

                 Last Name                  First                Middle

SIGNATURE    Signed by:
F9EFBAA074E24E0...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SUPERVISOR (SANITATION) OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME  Sanchez                         John                                    E

                Last Name                        First                                Middle

SIGNATURE  _Signed by: John Sanchez_ _____
              60FD951450AC44E...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SUPERVISOR (SANITATION) OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME  Sankhi                          Andrew                          na
               Last Name                        First                              Middle

SIGNATURE  _Signed by:_

48192A9237844F0…

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SUPERVISOR (SANITATION) OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME    Santos               Alex               none

              Last Name               First               Middle

SIGNATURE      DocuSigned by:

         CA832D410E134E9...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SUPERVISOR (SANITATION) OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME ___Santos_____Roberto_____Carlos_____
               Last Name                          First                        Middle

SIGNATURE ___Signed by: [signature] 1C6DA8DE8968463..._____